UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

WENDELL JONES,
              Defendant.
-----------------------------------------------------------x

**ORDER**

19 CR 700-1 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/20

A bail hearing is scheduled for March 31, 2020, at 10:00 a.m.

All parties shall attend the hearing by calling the following number and entering the access code when requested:

<u>Number</u>: (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

<u>Access Code</u>: 1703567

The parties should be on the line by 10:00 a.m. and announce their names before speaking.

Dated: March 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge