UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     19 CR 700-01 (VB)
WENDELL JONES,                    :
                      Defendant.  :
------------------------------------------------------x

For the reasons stated on the record at a bail review hearing held today, the Court DENIES defendant's application for release on bail. Defendant is continued detained pending trial.

Dated: March 31, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1