UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA  :

v.  :

WENDELL JONES;  :
JESSE DABBS;  :      **ORDER**
JASON BOGAN;  :
BYRON MOUNTAIN;  :      19 CR 700 (VB)
SARAH GILLON;  :
DOROTHY McALLISTER;  :
GUSTAVO GONZALEZ; and  :
KEVIN HERBIN,  :
                Defendants.  :
--------------------------------------------------------------x

       **A status conference in this matter is scheduled for June 8, 2020, at 10:00 a.m.**
Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

       Accordingly, it is hereby ORDERED:

       1. By June 1, 2020, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

       2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number:**   **(888) 363-4749 (toll free) or (215) 446-3662**
       **Access Code:**   **1703567**

Dated: May 13, 2020
       White Plains, NY                   SO ORDERED:

                                                                 Vincent L. Briccetti
                                                               United States District Judge