UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Wendell Jones

                              Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-700 (VB)

DATE FILED: 10/26/20

Defendant Wendell Jones hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_x_ Conference Before a Judicial Officer

_Wendell Jones (by VLB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Wendell Jones
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/23/20
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge