UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :       **ORDER**
v.                                          :
                                            :       19 CR 700-1 (VB)
WENDELL JONES,                              :
                          Defendant.        :
----------------------------------------------------x

Defendant Wendell Jones has made a request for new counsel. Accordingly, **with respect to defendant Jones only, a telephonic status conference is scheduled for November 16, 2020, at 12:00 p.m**. At the time of the scheduled hearing, government counsel, as well as counsel for defendant Jones, and defendant Jones shall attend by calling the following number and entering the access code when requested:

   **Dial-In Number:**   (888) 363-4749 (toll free) <u>or</u> (215) 446-3662
   **Access Code:**      1703567

Dated: November 2, 2020
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge