UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------
UNITED STATES OF AMERICA

v.                                              **ORDER**

WENDELL JONES,                                  19 CR 700-1 (VB)
                Defendant.
----------------------------------

      It is hereby ORDERED that Daniel A. Hochheiser, Esq., is relieved as attorney of record for defendant Wendell Jones, and Frank O'Reilly, Esq., is appointed as defendant Jones's attorney pursuant to the Criminal Justice Act.

Dated: November 16, 2020
      White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge