UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :           **ORDER**
                                  :
WENDELL JONES,                    :           19 CR 700-1 (VB)
                    Defendant.    :
--------------------------------------------------------------x

       For the reasons stated on the record during the telephone conference held on January 21, 2021, attended by defendant and all counsel, the Court resolved the motions in limine set forth in the government's application dated December 31, 2020.  (Doc. #227).

       The Clerk is directed to terminate the motion and defendant's response thereto.  (Docs. ## 227, 237).

Dated: January 21, 2021
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge