UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

WENDELL JONES,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CR 700-1 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/21

    A final pre-trial conference is scheduled for February 10, 2021 at 10:00 a.m. and jury selection and trial are scheduled for February 16, 2021, at 9:00 a.m. The Court expects to conduct these proceedings in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, White Plains, NY 10601.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

In addition, although the parties have informed the Court that they do not intend to call out-of-state witnesses, attached hereto is the Court's protocol for domestic travelers, which includes witnesses traveling from restricted states.

Dated: February 3, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Office of the District Court Executive*

EDWARD A. FRIEDLAND
*District Court Executive*

MEMORANDUM

Voice: (212) 805-0500
Fax: (212) 805-0383

TO:        ALL PERSONS

FROM:      SDNY DISTRICT EXECUTIVE'S OFFICE

SUBJECT:   ENTRY INTO SDNY COURTHOUSES

DATE:      11/12/20

### SDNY Protocol for Domestic Travelers

Individuals may not enter a Southern District of New York Courthouse if they have been in a state other than New York, Connecticut, New Jersey, Massachusetts, Pennsylvania and Vermont in the previous 14 days for more than 24 hours, unless they meet the following criteria:

1. Took a COVID PCR diagnostic test* within three days prior to departure from the state of embarkation;

2. Took another COVID PCR diagnostic test* on day 5 after arrival in New York; and

3. Received negative results from both tests.

Individuals may not enter a Southern District of New York Courthouse if they have been in a state other than New York, Connecticut, New Jersey, Massachusetts, Pennsylvania and Vermont in the previous 14 days for less than 24 hours, unless they meet the following criteria:

1. Took a COVID PCR diagnostic test* 5 days after arrival in New York; and

2. Received a negative result.

*At-home or mail-in tests are not acceptable. See the list of acceptable tests on the next page.

### Proof of negative test results must be submitted in either paper or electronic form at the entrance to the courthouse.

11/12/2020

**Tests that are accepted:**

Accepted Molecular test types:

- PCR / RT-PCR / ddPCR / Rapid PCR (Polymerase Chain Reaction)
- NAA / NAAT (Nucleic Acid Amplification)
- AMP PRB (Amplified Probe)
- LAMP (Loop-mediated Isothermal Amplification)
- TMA (Transcription-mediated Amplification)

Accepted Molecular test brands, such as, but not limited to:

- Abbott ID NOW
- Quidel Lyra PCR
- Abbott Realtime PCR
- Cobas Qualitative PCR
- FTD PCR
- Xpert Xpress
- Simplexa Direct PCR

**Tests that are not accepted:**

- Any at-home or mail-in kits (sample collection must be overseen by licensed medical staff)
- Any test that does not rely on a nasal swab, such as:
    - Sputum, saliva and spit collection (spit in a cup, etc)
    - Gargle, oral rinse, etc
    - Oral swab without a nasal swab
- All Antigen (Ag) tests (including Quidel Sophia, Abbott BinaxNOW and Rapid Antigen Tests)
- All Antibody tests (such as IgG, IgA, IgM and Rapid Antibody Tests)
- All blood tests (such as fingerstick, venipuncture)
- All plasma tests
- All serum tests
- All lateral flow tests
- Any doctor's note

11/12/2020