```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                      :
                                              :
v.                                            :    ORDER
                                              :
                                              :    19 CR 700-1 (VB)
WENDELL JONES,                                :
                    Defendant.                :
--------------------------------------------------------------x
```

**A bail hearing in this case is scheduled for February 18, 2021, at 10:00 a.m.**

Because of the current public health emergency, the Court will conduct this proceeding by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel. All counsel and the defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
**Access Code: 1703567**

Prior to the hearing, defense counsel shall advise the Court in writing whether his client consents to appear by telephone at this proceeding.

Dated: February 17, 2021
      White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge